IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCOS HERNANDEZ, DAVID MEDINA, and MICHAEL SILOS, | ) ) ) | |
| Plaintiffs, | ) ) | 7:09CV5005 |
| V. | ) ) | |
| REEFER SYSTEMS, INC., a Nebraska Corporation, | ) ) ) | **ORDER** |
| Defendant. | ) ) ) | |

This matter is before the court on Plaintiffs' motion for extension of time to respond to Defendant's motion for summary judgment (filing 24). The motion shall be granted.

IT IS ORDERED that Plaintiffs shall respond to Defendant's motion for summary judgment on or before April 14, 2010.

March 1, 2010.

                BY THE COURT:
                *Richard G. Kopf*
                United States District Judge