IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCOS HERNANDEZ, DAVID MEDINA, and MICHAEL SILOS, | ) ) ) | |
| Plaintiffs, | ) ) | 7:09CV5005 |
| V. | ) ) | |
| REEFER SYSTEMS, INC., a Nebraska Corporation, | ) ) ) | ORDER |
| Defendant. | ) ) ) | |

On the court's own motion,

IT IS ORDERED that the pretrial conference will be held by **Magistrate Judge Cheryl R. Zwart** on Friday, May 7, 2010, at 12:00 p.m., in her chambers, Room 566, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

DATED this 27th day of April, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge